**UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| *In re:*<br><br>*JOSE ENRIQUE NAZARIO ALEQUIN*<br><br>*xxx–xx–2150*<br><br>Debtor(s) | Case No. 09–02889 MCF<br><br>Chapter 13<br><br><br>FILED & ENTERED ON<br>*4/22/14* |

*NOTICE OF INTENT TO CLOSE CHAPTER 13 BANKRUPTCY CASE WITHOUT DISCHARGE*

Upon the Trustee's certification to close the case without discharge (Docket #58 ) the following certification(s) is/are missing:

☑ Pursuant to FR1007 (b) (7) certification of Financial Management course.

> Unless the debtor certifies that no personal financial management course is required because of: Incapacity or disablity, as defined in 11 USC §109(h)(4); Active military duty in a military combat zone; or Residence in a district in which the United States trustee ( *or bankruptcy administrator* ) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

☐ Pursuant to PR–LBR 3015–2 (j) certification of Domestic Support Obligation.

☐ Pursuant to Section USC 1328 (f) (1) and or (2).

☐ Other

Please take notice that this bankruptcy case will be closed without entry of the discharge unless the above mentioned certification is/are file within fourteen (14) days of this notice no later than Tuesday, May 6, 2014 . Once closed, the debtor will be required to pay a re–opening fee in order to later file the required certificate and seek the issuance of a discharge order.

San Juan, Puerto Rico, **The 22nd of April, 2014**.

*MARIA DE LOS ANGELES GONZALEZ*
Clerk of the Court

By: *LORI ANNIE RODRIGUEZ*
Deputy Clerk