Certificate Number: 02114-PR-DE-023269994

Bankruptcy Case Number: 0902889

02114-PR-DE-023269994

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 24, 2014</u>, at <u>06:00</u> o'clock <u>PM EST</u>, <u>Jose Enrique Nazario Alequin</u> completed a course on personal financial management given by <u>internet</u> by <u>CredAbility</u>, a provider approved pursuant to 11 U.S.C § 111 to provide an instructional course concerning personal financial management in the <u>District of Puerto Rico</u>.

Date: <u>April 24, 2014</u>

By:      <u>/s/Eric Dina</u>

Name: <u>Eric Dina</u>

Title:   <u>Customer Service</u>